# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUSH ENTERPRISES, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-00105-LJO-SAB<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING FOR PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM AND DIRECTING MEDICAL EVIDENCE TO BE FILED UNDER SEAL<br><br>(ECF No. 7) |

On January 24, 2019, a complaint in this action was filed along with a petition for appointment of guardian ad litem for William Lee Johnson ("Plaintiff" or "Mr. Johnson"), an incompetent adult. (ECF Nos. 1, 3.) On January 26, 2019, the Court issued an order directing Jerrad Johnson ("Petitioner"), to submit supplemental briefing for the petition for appointment of guardian ad litem within fourteen days of the issuance of the order. (ECF No. 6.) On February 7, 2019, Plaintiff filed a request for additional time to submit such supplemental briefing. (ECF No. 7.) The request demonstrates that Plaintiff's counsel and proposed guardian ad litem are making a good faith effort to obtain the necessary medical records, declarations, and letters in support of the petition. (ECF No. 7.) The Court finds good cause to grant Plaintiff's request for an additional two weeks to file the supplemental materials.

///

1

Accordingly, IT IS HEREBY ORDERED that Petitioner shall submit supplemental briefing for the petition for appointment of guardian ad litem on or before Febraruy 25, 2019.

IT IS SO ORDERED.

Dated: **February 7, 2019**

_____
UNITED STATES MAGISTRATE JUDGE