UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., <br> Plaintiffs, <br> v. <br> NATURAL GAS FUEL SYSTEMS, INC.; et al., <br> Defendants. | CASE No. 1:19-cv-00105-LJO-SAB <br><br> ORDER ON PLAINTIFFS' REQUEST TO CONTINUE THE SCHEDULING CONFERENCE <br><br> (ECF No. 16) |

The Court finds that good cause exists to continue the scheduling conference in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference is CONTINUED from April 2, 2019, to **July 9, 2019, at 9:00 a.m.,** in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone; and
3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 7, 2019**

UNITED STATES MAGISTRATE JUDGE

-1-