UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., ) | Case No.: 1:19-cv-00105-LJO-SAB |
| ) | |
| Plaintiffs, ) | ORDER RE STIPULATION EXTENDING |
| v. ) | DEFENDANT PAPÉ TRUCKS, INC. |
| ) | d/b/a PAPÉ KENWORTH'S TIME TO |
| RUSH ENTERPRISES, INC., et al., ) | RESPOND TO COMPLAINT |
| ) | |
| Defendants. ) | (ECF No. 26) |
| ) | |
| ) | |
| ) | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant PAPE TRUCKS, INC. responsive pleading shall be filed on or before **Monday, May 20, 2019**.

IT IS SO ORDERED.

Dated: __**April 23, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE