# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOAN JOHNSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00105-LJO-SAB<br><br>ORDER ADDRESSING DEFENDANT CARLETON TECHNOLOGIES STIPULATION TO ELECT REFERRAL OF THE VOLUNTARY DISPUTE RESOLUTION PROGRAM<br><br>(ECF No. 24) |

On April 19, 2019, Defendant Carleton Technologies filed a stipulation to elect referral to the Voluntary Dispute Resolution Program. (ECF No. 24.) The document states that Defendant Carleton Technologies agrees to submit this action to VDRP. (Id.)

Pursuant to the Local Rules of the Eastern District of California, if **all** parties stipulate to using the VDRP, they must file a stipulation and order for VDRP Referral. L.R. 271(i) (emphasis added). The Stipulation and Order for VDRP Referral must:

> (A) specify the time frame within which the parties propose the VDRP process will be completed and the date by which the Neutral must file confirmation of that completion;
> (B) suggest and explain any modifications or additions to the case management plan that would be advisable because of the reference to the VDRP; and
> (C) describe any pretrial activity, e.g., specified discovery or motions, that shall be completed before the VDRP session is held or that shall be stayed until the VDRP session is concluded.

L.R. 271(i). The stipulation filed by Defendant Carleton Technologies does not include the stipulation of all parties and does not address the areas required by the Local Rule. See e.g.

1

Kamalu v. Walmart Stores, Inc., No. 1:13-cv-00627-SAB (E.D. Cal. April 7, 2014) (stipulation and proposed order for referral to VDRP).  An action will not be referred to the VDRP unless the parties file a stipulation that complies with Rule 271(i).

IT IS SO ORDERED.

Dated:  **April 23, 2019**

UNITED STATES MAGISTRATE JUDGE

2