# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOAN JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00105-LJO-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE COBHAM PLC AS DEFENDANT IN THIS ACTION PURSUANT TO FED. R. CIV. P. 41(a)<br><br>(ECF No. 51) |

On August 30, 2019, the parties filed a stipulation to dismiss Cobham PLC as a defendant in this action. Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). In light of the stipulation of the parties, the Clerk of the Court is HEREBY DIRECTED to terminate Cobham PLC as a defendant in this action.

IT IS SO ORDERED.

Dated: **September 3, 2019**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1