# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-LJO-SAB |
|---|---|
| Plaintiffs, | ORDER RE STIPULATION TO AMEND SCHEDULING ORDER |
| v. | (ECF No. 55) |
| JOAN JOHNSON, et al., | |
| Defendants. | |

On July 10, 2019, the scheduling order issued in this action. (ECF No. 44.) On December 4, 2019, the parties filed a stipulation to amend the scheduling order to continue the date by which Plaintiff is required to seek leave to amend the complaint.

The parties contend that an extension of the deadline to file an amended complaint is necessary due to the amount of discovery at issue in this action and inspection and testing of various components of the CNG system that is still in process. The Court finds good cause exists to amend the deadline for amendment of the complaint.

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the deadline to amend the pleadings is CONTINUED to March 6, 2020. All other aspects of the July 10, 2019 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **December 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1