# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CARLETON TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | Case No. 1:19-cv-00105-NONE-SAB<br><br>ORDER RE STIPULATION TO AMEND SCHEDULING ORDER<br><br>(ECF No. 62) |

On July 10, 2019, the scheduling order issued in this action. (ECF No. 44.) On December 5, 2019, pursuant to the stipulation of the parties, the Court extended the deadline for amending the pleadings until March 6, 2020, to allow for further discovery and inspection and testing of various components of the fuel system underlying the dispute. (ECF No. 56.) All other aspects of the previous scheduling order remained in effect. (Id.) On February 26, 2020, the parties filed another stipulation requesting an extension of the deadline to amend pleadings for an additional ninety (90) days. (ECF No. 62.) The parties provide a similar basis for the required extension, and state that due to the need for joint inspection and testing of various components of the fuel system, it is presently impossible for the parties to determine if any amendments to the pleadings may be necessary. (Id.) The Court finds good cause exists to further extend the deadline for amending the pleadings.

///

1

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, the deadline to amend the pleadings is CONTINUED to June 5, 2020. All other aspects of the July 10, 2019 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **February 27, 2020**

_____
UNITED STATES MAGISTRATE JUDGE