# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOAN JOHNSON, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00105-NONE-SAB<br><br>ORDER VACATING SCHEDULING ORDER DATES AND SETTING DEADLINE TO CONDUCT NONEXPERT DISCOVERY AND STATUS CONFERENCE |

    At the request of the parties, an informal teleconference was conducted on May 1, 2020 to address scheduling in this action. Counsel Matt Clark and Thomas Seabaugh appeared for Plaintiffs Wiiliam Lee Johnson, Joan Johnson, and B&N Trucking, Inc. Counsel Thomas Cary appeared for Markel American Insurance Company whose request to intervene is currently pending before the district judge. Counsel Charles Horn and Michelle Kirrane appeared for Carleton Technologies, Inc. and Cobham PLC. Counsel Graham Cridland appeared for Pape Trucks, Inc. Counsel Esther Holm and Andrew Higgs appeared for Natural Gas Fuel Systems, Inc.

    Due to the COVID 19 restrictions in place across the nation, the parties have been unable to have their experts review the evidence of the incident that is currently located in Los Angeles, California. The parties are attempting to develop a social distancing plan to allow all experts and counsel to be present to conduct a site inspection. As agreed to by the parties at the informal teleconference, all dates in the scheduling order shall be vacated until such time as a site

inspection can occur. A deadline by which to complete all nonexpert discovery shall be set along with a status conference to discuss the status of the site inspection and resetting dates.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates in the July 10, 2019 scheduling order, as amended December 5, 2019, and February 27, 2020, are VACATED;
2. The deadline to conduct all nonexpert discovery shall be **February 12, 2021**;
3. All other aspects of the July 10, 2019 scheduling order remain in effect; and
4. A telephonic status conference is set for **September 8, 2020, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated: __**May 1, 2020**__            _____
                                      UNITED STATES MAGISTRATE JUDGE