# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-NONE-SAB |
| Plaintiffs, | ORDER CONTINUING STATUS CONFERENCE TO DECEMBER 1, 2020 |
| v. | |
| JOAN JOHNSON, et al., | |
| Defendants. | |

A telephonic status conference was conducted on September 8, 2020 to address the status of discovery due to delays in coordination of having expert witnesses review the evidence of the incident that is currently located in Los Angeles, California which has been delayed due to the COVID-19 pandemic. Counsel Matthew Clark appeared for Plaintiffs Wiiliam Lee Johnson, Joan Johnson, and B&N Trucking, Inc. Counsel Charles Horn and Michelle Kirrane appeared for Carleton Technologies, Inc. and Cobham PLC. Counsel Graham Cridland appeared for Pape Trucks, Inc. Counsel Andrew Higgs appeared for Natural Gas Fuel Systems, Inc. Counsel Timothy Cary appeared for Intervenor Markel American Insurance Company.

The parties are continuing to address the inspection of the evidence which is expected to be scheduled during October 2020, and is expected to take several days for the parties to complete.

///

1   Accordingly, the status conference is CONTINUED to **December 1, 2020, at 10:00 a.m.**
2   in Courtroom 9.  The parties shall file a joint status report on or before **November 24, 2020**
3   addressing the status of discovery in this action.

5   IT IS SO ORDERED.

6   Dated:   **September 8, 2020**

    UNITED STATES MAGISTRATE JUDGE