# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No.  1:19-cv-00105-NONE-SAB |
| Plaintiffs, | ORDER CONTINUING STATUS CONFERENCE TO MARCH 16, 2021 AND AMENDING NON-EXPERT DISCOVERY DEADLINE |
| v. | |
| JOAN JOHNSON, et al., | |
| Defendants. | |

On May 1, 2020, the Court vacated all dates in the scheduling order and set a non-expert discovery deadline of February 12, 2020.  (ECF No. 67.)  A telephonic status conference was conducted on September 8, 2020, to address the status of discovery due to delays in coordination of having expert witnesses review the evidence of the incident that is currently located in Los Angeles, California which has been delayed due to the COVID-19 pandemic.  (ECF No. 72.)  Following the conference, the Court continued the status conference until December 1, 2020, and orderd the parties to file a joint status report on or before November 24, 2020.  (ECF No. 73.)  On November 24, 2020, the parties filed a jint status report.  (ECF No. 69.)

Following the conference, on October 7, 2020, the parties participated in the first day of physical inspection of relevant sites.  Prior to submitting the joint report, the parties engaged in two telephonic conferences, and a further inspection protocol has been distributed amongst the parties, and they are planning fact witness depositons that are dependent on the inspections to be

conducted by remote means due to COVID-19.  The parties plan to begin depositions in February of 2021, and continue with the inspection process as soon as COVID-19 guidelines permit it.  Due to the volume of physical evidence and the complexity of the issues, the parties anticipate needing approximately ten additional dates of testing and inspections.  The parties request the Court amend the non-expert discovery deadline from Febraruy 12, 2021, until a date in the fall of 2021, and set a telephonic conference in March of 2021 to ensure progress is made and to set a further date to complete expert discovery.

Accordingly, IT IS HEREBY ORDERD that:

1. Non-expert discovery shall be comleted on or before September 15, 2021;
2. The status conference is CONTINUED to **March 16, 2021, at 10:00 a.m.** in Courtroom 9; and
3. The parties shall file a joint status report on or before **March 9, 2021** addressing the status of discovery in this action.

IT IS SO ORDERED.

Dated:   **November 25, 2020**

UNITED STATES MAGISTRATE JUDGE

2