# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-NONE-SAB |
| Plaintiffs, | ORDER CONTINUING STATUS CONFERENCE TO MARCH 16, 2021 AND AMENDING NON-EXPERT DISCOVERY DEADLINE |
| v. | |
| RUSH ENTERPRISES, INC., et al., | (ECF No. 76) |
| Defendants. | |

On May 1, 2020, following a status conference at which the complexities of completing discovery in this action was discussed, the Court vacated all dates in the scheduling order, only setting a non-expert discovery deadline. (ECF No. 67.) Thereafter, the Court conducted one further conference on the status of discovery on September 8, 2020, and set a further status conference for December 1, 2020. (ECF No. 72.) On November 25, 2020, pursuant to the parties' joint status report, the Court extended the non-expert discovery deadline until September 15, 2021, continued the status conference until March 16, 2021, and ordered the parties to file a joint status report on or before March 9, 2021. (ECF No. 75.) On March 9, 2021, the parties filed a joint a status report addressing the status of discovery in this action. (ECF No. 76.)

According to the joint statement, since the last update to the Court, the parties have: (1) completed preliminary protocols for the testing of physical evidence; (2) have met and conferred on further testing protocols, entering into a preliminary agreement regarding such; and (3)

1

completed one deposition in this matter, have scheduled two more depositions, and have met and conferred about the addition of further witnesses to the deposition schedule. The parties state that they have continued to be in contact making substantial progress identifying and sequencing the testing of the physical evidence, but have been delayed by the late-2020 surge in COVID-19 cases and the various protective policies of the parties and the law firms. The parties request the Court continue the status conference in this action until June of 2021. The Court finds good cause to grant the joint request of the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference is CONTINUED to **June 22, 2021, at 11:30 a.m.** in Courtroom 9; and
2. The parties shall file a joint status report on or before **June 15, 2021** addressing the status of discovery in this action.

IT IS SO ORDERED.

Dated: __March 11, 2021__                             _____
                                                       UNITED STATES MAGISTRATE JUDGE