# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSH ENTERPRISES, INC., et al., <br><br> Defendants. | Case No. 1:19-cv-00105-NONE-SAB <br><br> ORDER CONTINUING STATUS CONFERENCE TO SEPTEMBER 14, 2021 <br><br> (ECF Nos. 77, 78) |

On May 1, 2020, following a status conference at which the complexities of completing discovery in this action was discussed, the Court vacated all dates in the scheduling order, only setting a non-expert discovery deadline. (ECF No. 67.) Thereafter, the Court conducted one further conference on the status of discovery on September 8, 2020, and set a further status conference for December 1, 2020. (ECF No. 72.) On November 25, 2020, pursuant to the parties' joint status report, the Court extended the non-expert discovery deadline until September 15, 2021, continued the status conference until March 16, 2021, and ordered the parties to file a joint status report on or before March 9, 2021. (ECF No. 75.) On March 11, 2021, pursuant to the parties' request, the Court again contininued the status conference until June 22, 2021. (ECF No. 77.) On June 7, 2021, the parties filed a further joint status report and request to continue the status conference until September of 2021. (ECF No. 78.)

According to the joint statement, since the last update to the Court, the parties have:

completed multiple depositions and are working to schedule another in July 2021; completed additional written discovery; have met and conferred regarding the complex economic damages in dispute, and anticipate several depositions will be needed; and have met and conferred several times, including three times in June of 2021, regarding further testing and inspection of the carbon fiber tanks that are the subject matter of this litigation. (ECF No. 78.) The parties request the Court continue the status conference in this action until September of 2021. The Court finds good cause to grant the joint request of the parties.

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference is CONTINUED to **September 14, 2021, at 10:30 a.m.** in Courtroom 9; and
2. The parties shall file a joint status report on or before **August 31, 2021** addressing the status of discovery in this action.

IT IS SO ORDERED.

Dated: __**June 21, 2021**__

UNITED STATES MAGISTRATE JUDGE

2