# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-NONE-SAB |
| Plaintiffs, | ORDER MODIFYING SCHEDULING ORDER FOLLOWING STATUS CONFERENCE |
| v. | |
| CARLETON TECHNOLOGIES, INC., et al., | (ECF Nos. 35, 75) |
| Defendants. | |

This action was filed on January 24, 2019. (ECF No. 1.) On July 10, 2019, a scheduling order issued. (ECF No. 35.) On August 27, 2021, the parties filed a stipulation requesting the scheduling order be modified. (ECF No. 44.) On May 1, 2020, the Court vacated all dates within the scheduling order and set a nonexpert discovery deadline of February 12, 2021. (ECF No. 67.) On November 25, 2020, the nonexpert discovery deadline was further extended until September 15, 2021. (ECF No. 75.) On August 31, 2021, the parties filed a joint status report describing the status of discovery, and requesting a status conference to discuss setting discovery deadlines. (ECF No. 80.) On September 14, 2021, the Court held a status conference with the parties via videoconference. (ECF No. 81.) Matthew Clark appeared on behalf of William Lee Johnson, Joan Johnson, and B & N Trucking, Inc.; Timothy Cary appeared on behalf of Markel American Insurance Company as Subrogee of American Natural Gas, LLC; Charles Horn appeared on behalf of Carleton Technologies, Inc.; Graham Cridland appeared on behalf of Papé

Trucks, Inc.; and Andrew Higgs appeared on behalf of Natural Gas Fuel Systems, Inc. (Id.) At the conference, the parties agreed to set pretrial deadlines. No trial date shall be set at this time.

Pursuant to the matters discussed at the September 14, 2021 status conference and the parties' agreement, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: June 24, 2022;
2. Expert Disclosure Deadline: August 5, 2022;
3. Supplemental Expert Disclosure Deadline: August 19, 2022;
4. Expert Discovery Deadline: September 30, 2022;
5. Dispositive Motion Filing Deadline: November 4, 2022; and
6. Pre-trial Conference: July 31, 2023, at 1:30 p.m. in Courtroom 4.

All other dates and aspects of the July 10, 2019 scheduling order (ECF No. 35), as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated:   **September 15, 2021**

UNITED STATES MAGISTRATE JUDGE