# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RUSH ENTERPRISES, INC., et al.,<br><br>Defendants. | Case No. 1:19-cv-00105-JLT-SAB<br><br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 88, 89) |

A scheduling order for this matter issued on July 10, 2019. (ECF No. 35.) Thereafter, the schedule was modified on May 1, 2020, November 25, 2020, and September 15, 2021. (See ECF Nos. 67, 75, 82.) On February 18, 2022, at the request of counsel, the Court held an informal status conference with the parties via videoconference. (ECF Nos. 86, 87.) Thereafter, the Court again modified the schedule. (ECF No. 88.)

On March 16, 2022, the parties submitted a stipulated request to modify the discovery limitation pursuant to Federal Rule of Civil Procedure 30(a)(2). (ECF No. 89.) The parties proffer that, given the number of Defendants and potential witnesses, additional depositions, including several out-of-state depositions are required. Thereafter, the parties anticipate additional discovery will be required following those depositions. Accordingly, the parties request and stipulate to an additional fifteen depositions in this case. The Court finds good cause

exists to grant the stipulated relief.

Accordingly, pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the parties' stipulated request is GRANTED (ECF No. 89.) The parties are granted leave to take their requested fifteen additional depositions.

IT IS SO ORDERED.

Dated: __**March 16, 2022**__

UNITED STATES MAGISTRATE JUDGE