# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER |
| v. | |
| CARLETON TECHNOLOGIES, INC., et al., | (ECF No. 95) |
| Defendant. | |

This action was filed on January 24, 2019. (ECF No. 1.) On July 10, 2019, a scheduling order issued. (ECF No. 44.) The scheduling order deadlines have been modified multiple times in this action, most recently on February 18, 2022, following an informal discovery conference. (ECF Nos. 63, 67, 75, 77, 82, 88.) Currently, the nonexpert discovery deadline is September 23, 2022; the expert disclosure deadline is November 4, 2022; the supplemental expert disclosure deadline is December 2, 2022; the expert discovery deadline is January 27, 2023; the dispositive motion filing deadline is March 24, 2023; and a pretrial conference is set for July 31, 2023. On August 23, 2022, the parties filed a stipulated motion to further modify the scheduling order in this action. (ECF No. 95.) The parties proffer many of the continuing reasons previously presented in this action, most pertinent now being the scheduling of the inspection and destructive testing of the compressed natural gas tank that exploded and is the subject of this action, and additional depositions.

The Court finds good cause to grant the stipulated motion. While the dispositive motion deadline is close to the current pretrial conference date, the Court shall keep the current pretrial conference date given there is no trial date currently set, and the need for continuing such conference can be addressed if dispositive motions are filed or if they are under consideration.

Accordingly, pursuant to the parties' agreement and finding good cause, IT IS HEREBY ORDERED that the motion is GRANTED and the scheduling order is modified as follows:

1. Nonexpert Discovery Deadline: **December 22, 2022**;
2. Expert Disclosure Deadline: **January 19, 2023**;
3. Supplemental Expert Disclosure Deadline: **February 16, 2023**;
4. Expert Discovery Deadline: **April 6, 2023**; and
5. Dispositive Motion Filing Deadline: **June 1, 2023**.

All other dates and aspects of the scheduling order, as previously modified, shall remain in effect.

IT IS SO ORDERED.

Dated: **August 24, 2022**

UNITED STATES MAGISTRATE JUDGE