# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-JLT-SAB |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER IN PART AND DENYING REQUEST TO MODIFY DISPOSITIVE MOTION FILING DEADLINE |
| v. | |
| CARLETON TECHNOLOGIES, INC., et al., | |
| Defendants. | (ECF No. 103) |

      This action was filed on January 24, 2019.  (ECF No. 1.)  On July 10, 2019, a scheduling order issued.  (ECF No. 44.)  The scheduling order deadlines have been modified multiple times in this action, most recently on December 6, 2022.  (ECF Nos. 63, 67, 75, 77, 82, 88, 96, 99.)  Currently, the expert disclosure deadline is March 6, 2023; the supplemental expert disclosure deadline is April 2, 2023; the expert discovery deadline is May 22, 2023; the dispositive motion filing deadline is June 1, 2023; and a pretrial conference is set for July 31, 2023.  (ECF No. 99.)[1]

On February 13, 2023, the parties filed a stipulated motion to further modify the scheduling order

---

[1] In its August 24, 2022 order modifying the schedule, the Court noted the following regarding the proximity of the proposed dispositive motion filing deadline and the pretrial conference, the latter of which the parties had not requested to continue: "While the dispositive motion deadline is close to the current pretrial conference date, the Court shall keep the current pretrial conference date given there is no trial date currently set, and the need for continuing such conference can be addressed if dispositive motions are filed or if they are under consideration."  (ECF No. 96 at 2.)  In its December 6, 2022 order partially granting the parties' stipulated motion to modify the schedule, the Court declined to extend the dispositive motion filing deadline, in part due to a questionable showing of diligence in completing certain previously identified depositions, but also so that the dispositive motion deadline could remain in its current posture in relation to the current pretrial conference date.  (ECF No. 99 at 2.)

in this action as to the expert discovery deadlines; they do not seek to alter the dates of the dispositive motion deadline or the pretrial conference.  (ECF No. 103.)  The parties proffer they have completed all fact-witness depositions, as well as additional written discovery, but need additional time to complete expert discovery due to the need to continue the IMEs (of Plaintiff William Johnson) previously set for February and March 2023, to March 14 and 15, 2023, in order to the accommodate the family's schedule in light of an unanticipated surgery; and to provide their experts sufficient time to review the reports.  The parties also proffer a further mediation session has been scheduled for April 25, 2023.  Accordingly, the parties request a 30-day extension of the expert discovery deadlines.  Further, while the parties acknowledge the requested expert discovery deadline will expire after the dispositive motion filing deadline, they indicate they are not seeking to extend the dispositive motion deadline or the pretrial conference date.

    The Court finds sufficient good cause to grant the requested extensions of the discovery deadlines.  Further, the Court is satisfied there still remains a sufficient period of time between the proposed close of expert discovery and the pretrial conference date.

    Accordingly, good cause existing and pursuant to the parties' agreement, IT IS HEREBY ORDERED that the motion (ECF No. 103) is GRANTED, and the scheduling order is modified as follows:

    1.    Expert Disclosure Deadline: **April 6, 2023**;

    2.    Supplemental Expert Disclosure Deadline: **May 2, 2023**; and

    3.    Expert Discovery Deadline: **June 22, 2023**.

///

///

///

///

///

///

///

All other dates and aspects of the scheduling order, as previously modified, including the June 1,

2023 dispositive motion filing deadline, shall remain in effect.

IT IS SO ORDERED.

Dated:  **February 13, 2023**

UNITED STATES MAGISTRATE JUDGE