JAMES J. YUKEVICH (SBN 159896)
  jyukevich@yukelaw.com
JUSTIN M. MARVISI (SBN 294498)
  jmarvisi@yukelaw.com
NATHAN GUEST (SBN 330167)
  nguest@yukelaw.com
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:  (213) 362-7788
Email:    eservice@yukelaw.com

Attorneys for Defendants,
CARLETON TECHNOLOGIES, INC.
and COBHAM PLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WILLIAM LEE JOHNSON, an incompetent adult, by and through his Guardian ad Litem, Jerrad Johnson; JOAN JOHNSON; B & N TRUCKING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY; CARLETON TECHNOLOGIES, INC.; COBHAM PLC; PAPÉ TRUCKS, INC.; and DOES 1 to 100, INCLUSIVE, <br><br> Defendants. | CASE NO. 1:19-cv-00105-JLT-SAB <br><br> **STIPULATION AND [PROPOSED] ORDER RE MATTERS IN LIEU OF DAUBERT MOTIONS TO BE FILED BY DEFENDANTS CARLETON TECHNOLOGIES, INC. AND COBHAM PLC** <br><br> Assigned to Hon. Jennifer L. Thurston <br><br> Trial Date:    None Set |
| MARKEL AMERICAN INSURANCE COMPANY as Subrogee of AMERICAN NATURAL GAS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> NATURAL GAS FUEL SYSTEMS, INC. dba MOMENTUM FUEL TECHNOLOGY: CARLETON | |

2813645.1

TECHNOLOGIES, INC; PAPE TRUCKS, INC; and DOES 1 TO 20, inclusive,

        Defendants.

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties as follows:

**WHEREAS** the parties engaged in comprehensive meet and conferences on April 1, 2024 – April 2, 2024, regarding, amongst other things, matters that may be stipulated to in an order to avoid the need for Daubert motions/in lieu of Daubert motions;

**WHEREAS** during the meet and confer conference, Defendants Carleton Technologies, Inc. and Cobham PLC (collectively, "Cobham") obtained stipulations from all counsel to the following matters at trial:

1. Plaintiffs stipulate that there will be no mention, contention, argument or testimony that plaintiff William Johnson will develop dementia as a result of his injuries and/or that plaintiff William Johnson will need 24/7 care as a result of developing dementia.

2. Cobham has advised all Parties that it intends to file motions to exclude: 1) the animation/PowerPoint prepared by Brian Spencer and Aaron Jones; 2) to exclude any references in the life care plan to plaintiff William Johnson needing 24/7 care; and 3) to exclude the life care plan given that it does not account for plaintiff William Johnson's life expectancy. As part of the meet and confer process, the Parties agree and stipulate that these three issues should be addressed via motions *in limine* rather than a Daubert motion. The Parties further stipulate that they will not contend in any anticipated opposition that such motions should have been raised as a Daubert motion.

/ / /
/ / /
/ / /
/ / /
/ / /

2813645.1

2

STIPULATION AND [PROPOSED] ORDER RE MATTERS IN LIEU OF DAUBERT MOTIONS TO BE FILED BY DEFENDANTS CARLETON TECHNOLOGIES, INC. AND COBHAM PLC

**WHEREAS** the parties hereby stipulate herein to the above matters.

**SO STIPULATED**:

DATED: April 3, 2024                                    YUKEVICH | CAVANAUGH

By:  _____/s/ Justin M. Marvisi_____
James J. Yukevich
Justin M. Marvisi
Nathan Guest
Attorneys for Defendants, CARLETON TECHNOLOGIES, INC. and COBHAM PLC

DATED: April 3, 2024                                    CHAIN | COHN | CLARK

By:  /s/ Matthew C. Clark
MATTHEW C. CLARK
CHAD J. A. BOYLES
CHRISTOPHER J. HAGAN
Attorney for Plaintiffs, WILLIAM LEE JOHNSON; JOAN JOHNSON; B & N TRUCKING, INC.

DATED: April 3, 2024                                    LAW OFFICES OF ROBERT A. STUTMAN

By:  /s/ Timothy E. Cary
TIMOTHY E. CARY
Attorney for Plaintiff, MARKEL AMERICAN INSURANCE COMPANY As Subrogee of AMERICAN NATURAL GAS, LLC

2813645.1

3

STIPULATION AND [~~PROPOSED~~] ORDER RE MATTERS IN LIEU OF DAUBERT MOTIONS TO BE FILED BY DEFENDANTS CARLETON TECHNOLOGIES, INC. AND COBHAM PLC

| | | |
|---|---|---|
| DATED: April 3, 2024 | | LEWIS BRISBOIS BISGAARD & SMITH |
| | By: | /s/ Esther P. Holm |
| | | ESTHER P. HOLM |
| | | Attorney for Defendant/Cross-Claimant/Cross-Defendant, NATURAL GAS FUEL SYSTEMS, INC. DBA MOMENTUM FUEL TECHNOLOGIES |
| DATED: April 3, 2024 | | EDLIN GALLAGHER HUIE + BLUM |
| | By: | /s/ Christopher J. Dow |
| | | MICHAEL E. GALLAGHER |
| | | CHRISTOPHER J. DOW |
| | | Attorney for Defendant, PAPÉ TRUCKS, INC. dba PAPÉ KENWORTH |

*Note: All counsel provided authority to electronically sign their name to this document.

2813645.1

4

STIPULATION AND [PROPOSED] ORDER RE MATTERS IN LIEU OF DAUBERT MOTIONS TO BE FILED BY DEFENDANTS CARLETON TECHNOLOGIES, INC. AND COBHAM PLC

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, THE FOLLOWING IS HEREBY ORDERED REGARDING ALL PHASES OF TRIAL:

1. There will be no mention, contention, argument or testimony that plaintiff William Johnson will develop dementia as a result of his injuries and/or that plaintiff William Johnson will need 24/7 care as a result of developing dementia.

IT IS SO ORDERED.

Dated: **May 6, 2024**

_____
UNITED STATES DISTRICT JUDGE

2813645.1

STIPULATION AND [PROPOSED] ORDER RE MATTERS IN LIEU OF DAUBERT MOTIONS TO BE FILED BY DEFENDANTS CARLETON TECHNOLOGIES, INC. AND COBHAM PLC