MATTHEW C. CLARK. SBN 218784
CHAD J. A. BOYLES, SBN 276508
CHAIN | COHN | CLARK, A Law Corporation
1731 Chester Avenue
Bakersfield, CA  93301
E-Mail:  mclark@chainlaw.com
E-Mail:  cboyles@chainlaw.com
E-Service:  service@chainlaw.com
T: (661) 323-4000 | F: (661) 324-1352

THOMAS C. SEABAUGH, SBN 272458
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, CA  90071
E-Mail:  tseabaugh@seabaughfirm.com
T: (213) 225-5850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, an incompetent adult, by and through his Guardian ad Litem, Jerrad Johnson; JOAN JOHNSON; B & N TRUCKING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY; CARLETON TECHNOLOGIES, INC.; COBHAM PLC; PAPÉ TRUCKS, INC.; DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:19-CV-00105-JLT-SAB<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL ORDER [DKT. NO 125] TO CONTINUE DEADLINES FOR FILING OF MOTIONS IN LIMINE AND OPPOSITIONS THERETO;** ~~**PROPOSED**~~ **ORDER** |

///

///

-1-

///

## RECITALS

**WHEREAS**, the Court's Pretrial Order [Dkt. No. 125] originally provided that motions in limine must be filed by June 2, 2024 with oppositions due no later than June 20, 2024;

**WHEREAS**, the Court continued the deadline for filing motions in limine to June 3, 2024 via subsequent Minute Order [Dkt. No. 128];

**WHEREAS**, this matter is scheduled for a Settlement Conference before Magistrate Judge Barbara McAuliffe on June 6, 2024 [Dkt. No. 127];

**WHEREAS**, the parties anticipate a substantial number of motions in limine will be filed in this matter;

**WHEREAS**, the parties desire to postpone the filing of motions in limine to a date after the Settlement Conference in the interest of economy and to potentially avoid voluminous filings in the event the matter resolves in whole, or in part, during the Settlement Conference;

**WHEREAS**, the requested extension will not affect other scheduling deadlines or the Trial date of September 17, 2024;

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective attorneys of record, that the following deadlines be continued as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Motions in limine | June 3, 2024 | June 14, 2024 |
| Oppositions to motions in limine | June 20, 2024 | June 28, 2024 |

DATED:  May 15, 2024                                                    CHAIN | COHN | CLARK

*/s/ Matthew C. Clark*

-2-

|   |   |
|---|---|
|   | BY: |
|   | MATTHEW C. CLARK |
|   | CHAD J. A. BOYLES |
|   | CHRISTOPHER J. HAGAN |
|   | Attorney for Plaintiffs, |
|   | WILLIAM LEE |
|   | JOHNSON and JOAN |
|   | JOHNSON; |

*Signatures Continue on Page 3*

DATED: May 15, 2024                        LAW OFFICES OF ROBERT A. STUTMAN

                                            */s/ Timothy E. Cary*
                                       BY:

                                            TIMOTHY E. CARY
                                            Attorney for Plaintiff, MARKEL AMERICAN INSURANCE COMPANY

                                            As Subrogee of AMERICAN NATURAL GAS, LLC

DATED: May 15, 2024                        LEWIS BRISBOIS BISGAARD & SMITH

                                            */s/ Esther P. Holm*
                                       BY:

                                            ESTHER P. HOLM
                                            Attorney for Defendant/Cross-Claimant/Cross-Defendant, NATURAL GAS FUEL SYSTEMS, INC. DBA MOMENTUM FUEL TECHNOLOGIES

DATED: May 15, 2024                        YUKEVICH | CAVANAUGH

                                            */s/ James J. Yukevich*

-3-

CHAIN | COHN | CLARK
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000

|  |  |
|---|---|
|  | BY: |
| _____ | JAMES J. YUKEVICH |
|  | JUSTIN M. MARVISI |
| CARLETON | Attorney for Defendants, |
|  | TECHNOLOGIES, INC. and |
|  | COBHAM PLC |
| DATED: May 15, 2024 | EDLIN GALLAGHER HUIE + |
| BLUM |  |
|  | */s/ Christopher J. Dow* |
|  | BY: |
| _____ |  |
|  | MICHAEL E. GALLAGHER |
|  | CHRISTOPHER J. DOW |
|  | Attorney for Defendant, PAPÉ |
|  | TRUCKS, INC. dba PAPÉ |
|  | KENWORTH |

*Note:  All counsel provided authority to electronically sign their name to this document.

## ORDER

**IT IS HEREBY ORDERED** that the deadlines to file motions in limine and oppositions thereto are continued as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Motions in limine | June 3, 2024 | June 14, 2024 |
| Oppositions to motions in limine | June 20, 2024 | June 28, 2024 |

IT IS SO ORDERED.

Dated:   **May 15, 2024**

_____
UNITED STATES DISTRICT JUDGE

-4-

CHAIN | COHN | CLARK
1731 CHESTER AVENUE
BAKERSFIELD, CA 93301
(661) 323-4000