# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | ORDER VACATING DEADLINE FOR FILING MOTIONS IN LIMINE |
| v. | SETTING A STATUS CONFERENCE ON JULY 2, 2024 |
| CARLETON TECHNOLOGIES, INC., et al., | |
| Defendants. | (ECF No. 158) |

    The parties have consented to the jurisdiction of a magistrate judge, and this matter has been assigned to the undersigned for all purposes, including trial and entry of judgment. (ECF Nos. 153, 154, 155, 156, 157, 159.) A pretrial conference was held in this matter before the then-assigned District Judge on November 6, 2023. (ECF No. 124.) A jury trial was set for September 17, 2024 and a briefing schedule for motions in limine was issued, which was subsequently modified. (ECF No. 125, 128, 147.) Currently, the deadline to file motions in limine is June 14, 2024, and oppositions, if any, are due on June 28, 2024. (ECF No. 147.)

    On June 13, 2024, the parties filed a stipulation to modify the pretrial order to vacate the deadline for motions in limine. (ECF No. 158.) The parties also request that the Court set a status conference to discuss a new motion in limine briefing schedule and the viability of a September 17, 2024 trial date. Given the reassignment to the undersigned and the agreement by

the parties, the Court shall vacate the motions in limine briefing schedule and will set a scheduling conference. The September 17, 2024 trial before District Judge Thurston shall be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 14, 2024 deadline for filing of motions in limine is VACATED;
2. The jury trial set for September 17, 2024 before District Judge Jennifer L. Thurston is VACATED; and
3. All parties shall appear for a status conference on **July 2, 2024 at 11:30 a.m. in Courtroom 9**. Parties may appear by videoconference.

IT IS SO ORDERED.

Dated:   **June 14, 2024**

UNITED STATES MAGISTRATE JUDGE