MATTHEW C. CLARK. SBN 218784
CHAD J. A. BOYLES, SBN 276508
CHAIN | COHN | CLARK, A Law Corporation
1731 Chester Avenue
Bakersfield, CA  93301
E-Mail:  mclark@chainlaw.com
E-Mail:  cboyles@chainlaw.com
E-Service:  service@chainlaw.com
T: (661) 323-4000 | F: (661) 324-1352

THOMAS C. SEABAUGH, SBN 272458
THE LAW OFFICE OF THOMAS C. SEABAUGH
333 South Grand Avenue, 42nd Floor
Los Angeles, CA  90071
E-Mail:  tseabaugh@seabaughfirm.com
T: (213) 225-5850

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, an incompetent adult, by and through his Guardian ad Litem, Jerrad Johnson; JOAN JOHNSON; B & N TRUCKING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY; CARLETON TECHNOLOGIES, INC.; COBHAM PLC; PAPÉ TRUCKS, INC.; DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO. 1:19-CV-00105-SAB<br><br>ORDER RE: JOINT STIPULATION TO MODIFY PRETRIAL ORDER TO VACATE JULY 1, 2024 DEADLINE FOR EXHIBIT CONFERENCE |

**WHEREAS**, all parties recently consented to the jurisdiction of Magistrate Judge Boone in this matter;

**WHEREAS**, an Order Reassigning Case was issued on June 13, 2024 [Dkt. No. 159];

-1-

1 **WHEREAS**, based upon the parties' stipulation, the Court vacated the September 17, 2024 trial date as well as the July 14, 2024 deadline for filing of motions in limine [Dkt. No. 160];

3 **WHEREAS**, a Status Conference is set for July 2, 2024 [Dkt. No. 160];

4 **WHEREAS**, the Court's Pretrial Order provides that "[o]n or before July 1, 2024 counsel SHALL meet and confer to discuss any disputes related to the [exhibit list] and to pre-mark and examine each other's exhibits." The Pretrial Order describes this meeting as an "exhibit conference" [Dkt No. 125 at page 17];

8 **WHEREAS**, the Court's June 14, 2024 Order [Dkt. No. 160] is silent as to other deadlines and the parties wish to avoid any inadvertent violation of the Order;

10 **WHEREAS**, the Court currently has a Joint Statement Re: Application of Consumer Expectation Test [Dkt. No. 129] and several *Daubert* motions [Dkt. Nos. 130 – 133] under submission;

13 **WHEREAS**, the parties all agree that rulings on the *Daubert* motions and application of the Consumer Expectation Test may impact the exhibits intended to be used at trial;

15 **WHEREAS**, the parties request that the Court vacate the July 1, 2024 deadline for holding the exhibit conference pending guidance from the Court and a rescheduled trial date at the July 2, 2024 Status Conference.

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the exhibit conference deadline of July 1, 2024 may be vacated pending guidance from the Court during the July 2, 2024 Status Conference.

DATED:  June 26, 2024                                CHAIN | COHN | CLARK

                                                     */s/ Matthew C. Clark*
                                              BY: _____
                                                     MATTHEW C. CLARK
                                                     CHAD J. A. BOYLES
                                                     CHRISTOPHER J. HAGAN
                                                     Attorney for Plaintiffs, WILLIAM LEE
                                                     JOHNSON and JOAN JOHNSON;

|   |   |   |
|---|---|---|
| DATED:  June 26, 2024 |  | LAW OFFICES OF ROBERT A. STUTMAN |

*/s/ W. Diane Wayland*

BY: _____
TIMOTHY E. CARY
W. DIANE WAYLAND
Attorney for Plaintiff, MARKEL
AMERICAN INSURANCE COMPANY
As Subrogee of AMERICAN NATURAL
GAS, LLC

DATED:  June 26, 2024                            LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Esther P. Holm*

BY: _____
ESTHER P. HOLM
Attorney for Defendant/Cross-Claimant/
Cross-Defendant, NATURAL GAS
FUEL SYSTEMS, INC. DBA
MOMENTUM FUEL
TECHNOLOGIES

DATED:  June 26, 2024                            YUKEVICH | CAVANAUGH

*/s/ James J. Yukevich*

BY: _____
JAMES J. YUKEVICH
JUSTIN M. MARVISI
Attorney for Defendants, CARLETON
TECHNOLOGIES, INC. and
COBHAM PLC

DATED: June 26, 2024                             EDLIN GALLAGHER HUIE + BLUM

*/s/ Christopher J. Dow*

BY: _____
MICHAEL E. GALLAGHER
FRED M. BLUM
CHRISTOPHER J. DOW
Attorney for Defendant, PAPÉ
TRUCKS, INC. dba PAPÉ KENWORTH

*Note:  All counsel provided authority to electronically sign their name to this document.

**ORDER**

**IT IS HEREBY ORDERED** that the July 1, 2024 deadline for holding the exhibit conference to meet and confer as to objections and to pre-mark and examine each other's exhibits is vacated pending rescheduling at the July 2, 2024 Status Conference.

IT IS SO ORDERED.

Dated:   **June 27, 2024**

UNITED STATES MAGISTRATE JUDGE