# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | ORDER SETTING HEARING ON OCTOBER 16, 2024 AT 10:00 A.M. |
| v. | |
| CARLETON TECHNOLOGIES, INC., et al., | |
| Defendants. | |

The Court orders that the parties appear at a hearing on October 16, 2024 at 10:00 a.m. The parties shall be prepared to address the following:

1. Each party shall be prepared to discuss the general presentation of evidence in a bifurcated trial (who would go first, plaintiff's role, etc.), with the damages phase first and the "liability" phase immediately following, including what the second phase should be called (e.g., "causal liability phase").

2. In light of bifurcation of the damages phase and "liability" phase, during which phase would the consumer expectation test and/or risk benefit test instruction be provided?

3. Assuming CACI 1203 or CACI 1204 would be read, what information would be inputted as the "[*product*]"?

///

///

1

4. If the "[*product*]" inputted in the bracketed language is the "subject cylinder," how would the presentation of each parties' case change, if at all, if the consumer expectation test, risk benefit test, or both were given?

IT IS SO ORDERED.

Dated:   **October 15, 2024**

UNITED STATES MAGISTRATE JUDGE