# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | ORDER RE AMENDMENT TO PRETRIAL ORDER |
| v. | (ECF Nos. 125, 165) |
| CARLETON TECHNOLOGIES, INC., et al., | |
| Defendants. | |

At the October 16, 2024 continued status conference, Defendant Natural Gas Fuel Systems, Inc., doing business as Momentum Fuel Technology, noted three expert witnesses were inadvertently left off the witness list in the pretrial order. The Court confirmed that no party objected to amendment of the pretrial order to include the three expert witnesses.

Accordingly, the Court HEREBY amends the witness list contained in the pretrial order (ECF Nos. 125, 165) to include: Aaron Jones, Erik Christensen, and Robert Carnahan.

IT IS SO ORDERED.

Dated: **October 16, 2024**

UNITED STATES MAGISTRATE JUDGE

1