# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | NOTICE RE SETTLEMENT CONFERENCE |
| v. | |
| CARLETON TECHNOLOGIES, INC., et al., | |
| Defendants. | |

Trial is set to begin in this action on January 14, 2025. The Court often receives requests for settlement conferences on the eve of trial. However, due to the calendaring of this trial near the holiday season, the Court provides notice to the parties that any request for a settlement conference should be made within the next two weeks to ensure that the Court can secure another Judge with availability in his or her impacted calendar and travel schedule as well as parties schedules. Should the parties jointly wish to schedule a settlement conference, they are directed to contact Courtroom Deputy Jan Nguyen at jnguyen@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE