# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, *an incompetent adult, by and through his Guardian ad Litem, Jerrad Johnson*, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RUSH ENTERPRISES, INC., et al.,<br><br>  Defendants. | Case No. 1:19-cv-00105-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO UPLOAD PRE-MARKED EXHIBITS TO THE COURT<br><br>(ECF No. 210) |

Before the Court is the parties' stipulation for a one-week extension to file and serve their final exhibit list and pre-marked exhibits to the Court. For good cause shown, the Court approves the stipulation and hereby ORDERS that the parties shall have through December 20, 2024, to upload to the Court their pre-marked exhibits to the Court.

IT IS SO ORDERED.

Dated: **December 11, 2024**

STANLEY A. BOONE
United States Magistrate Judge