FRED M. BLUM, ESQ. (SBN 101586)
fblum@eghblaw.com
MICHAEL E. GALLAGHER, ESQ. (SBN 195592)
mgallagher@eghblaw.com
CHRISTOPHER J. DOW, ESQ. (SBN 250032)
cdow@eghblaw.com
EDLIN GALLAGHER HUIE + BLUM
515 S. Flower Street, Suite 1020
Los Angeles, CA 90071
Telephone: (213) 412-2661
Facsimile: (213) 652-1992

Attorneys for Defendant
PAPÉ TRUCKS, INC. D/B/A PAPÉ KENWORTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RUSH ENTERPRISES, INC., et al., <br><br> Defendants. | Case No. 1:19-cv-00105-SAB <br><br> **PARTIES' STIPULATION AND ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF PLAINTIFF WILLIAM JOHNSON'S MEDICAL RECORDS AT TRIAL AND DESIGNATION OF EXHIBITS** <br><br> (ECF No. 230) <br><br> Complaint Filed:  January 24, 2019 <br> Trial Date:  January 14, 2025 |

///

///

///

///

///

///

///

1

PARTIES' STIPULATION AND ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF
PLAINTIFFS' MEDICAL RECORDS AT TRIAL AND DESIGNATION OF EXHIBITS

**THE PARTIES IN THE ABOVE-CAPTIONED ACTION** agree and stipulate to the following for purposes of trial:

1. The medical records and medical imaging records of Plaintiff William Johnson that are listed in Plaintiffs' Exhibit List ("medical records") are authentic and are admissible under the business records exception to the hearsay rule at Federal Rules of Evidence, Rule 803(6). Each Party reserves all other objections regarding admissibility of the medical records including, but not limited to, statements within the medical records subject to Federal Rules of Evidence, Rule 805 regarding hearsay within hearsay.

2. One party's designation of an exhibit operates to allow any other party to use that exhibit as if that other party also designated the exhibit.

DATED:  December 13, 2024                              **CHAIN | COHN | CLARK**

                                                       By:    *s/Matthew C. Clark*
                                                              MATTHEW C. CLARK
                                                              CHAD J. A. BOYLES
                                                              CHRISTOPHER J. HAGAN
                                                              Attorneys for Plaintiffs, WILLIAM
                                                              LEE JOHNSON and JOAN JOHNSON

DATED:  December 13, 2024                              **LAW OFFICES OF ROBERT A. STUTMAN, PC**

                                                       By:    *s/Diane Wayland*
                                                              TIMOTHY E. CARY
                                                              DIANE WAYLAND
                                                              Attorneys for Plaintiff, MARKEL
                                                              AMERICAN INSURANCE
                                                              COMPANY as Subrogee of
                                                              AMERICAN NATURAL GAS, LLC

| | |
|---|---|
| DATED:  December 13, 2024 | **LEWIS BRISBOIS BISGAARD & SMITH** |
| | By:  *s/Esther P. Holm*  <br> ESTHER P. HOLM <br> Attorneys for Defendant/Cross-Claimant Cross-Defendant, NATURAL GAS FUEL SYSTEMS, INC. DBA MOMENTUM FUEL TECHNOLOGIES |
| DATED:  December 13, 2024 | **YUKEVICH | CAVANAUGH** |
| | By:  *s/Justin M. Marvisi*  <br> JAMES J. YUKEVICH <br> JUSTIN M. MARVISI <br> Attorneys for Defendants, CARLETON TECHNOLOGIES, INC. And COBHAM PLC |
| DATED:  December 13, 2024 | **EDLIN GALLAGHER HUIE + BLUM** |
| | By:  *s/Christopher J. Dow*  <br> FRED M. BLUM <br> CHRISTOPHER J. DOW <br> Attorney for Defendant, PAPÉ TRUCKS, INC. dba PAPÉ KENWORTH |

*Note:  All counsel provided authority to electronically sign their name to this document.

3

PARTIES' STIPULATION AND ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF PLAINTIFFS' MEDICAL RECORDS AT TRIAL AND DESIGNATION OF EXHIBITS

**ORDER**

**IT IS HEREBY ORDERED** that for purposes of trial, the medical records and medical imaging records of Plaintiff William Johnson that are listed in Plaintiffs' Exhibit List ("medical records") are authentic and are admissible under the business records exception to the hearsay rule at Federal Rules of Evidence, Rule 803(6).  Each Party reserves all other objections regarding admissibility of the medical records including, but not limited to, statements within the medical records subject to Federal Rules of Evidence, Rule 805 regarding hearsay within hearsay.

It is further ordered that for purposes of trial, one Party's designation of an exhibit operates to allow any other Party to use that exhibit as if that other Party also designated the exhibit.

IT IS SO ORDERED.

Dated:   **December 16, 2024**

STANLEY A. BOONE
United States Magistrate Judge

4

PARTIES' STIPULATION AND ORDER REGARDING AUTHENTICITY AND ADMISSIBILITY OF PLAINTIFFS' MEDICAL RECORDS AT TRIAL AND DESIGNATION OF EXHIBITS