JAMES J. YUKEVICH (SBN 159896)
 *jyukevich@yukelaw.com*
JUSTIN M. MARVISI (SBN 294498)
 *jmarvisi@yukelaw.com*
DAVID V. SACK (SBN 304528)
 *dsack@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 362-7777
Facsimile:   (213) 362-7788
Email: eservice@yukelaw.com

Attorneys for Defendants,
CARLETON TECHNOLOGIES, INC.
and COBHAM PLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WILLIAM LEE JOHNSON, an incompetent adult, by and through his Guardian ad Litem, Jerrad Johnson; JOAN JOHNSON; B & N TRUCKING, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY; CARLETON TECHNOLOGIES, INC.; COBHAM PLC; PAPE TRUCKS, INC.; DOES 1 to 100, INCLUSIVE,<br><br>Defendants. | CASE NO. 1:19-CV-00105-JLT-SAB<br>*(Assigned to Hon. Stanley A. Boone)*<br><br>**PARTIES' STIPULATION AND ORDER REGARDING MR. JOHNSON'S ECONOMIC DAMAGES AT TRIAL**<br><br><br><br>Trial Date:   January 13, 2025 |
| MARKEL AMERICAN INSURANCE COMPANY as Subrogee of AMERICAN NATURAL GAS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATURAL GAS FUEL SYSTEMS, | |

3017219.1

PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING MR. JOHNSON'S ECONOMIC DAMAGES AT TRIAL

INC. dba MOMENTUM FUEL TECHNOLOGY; CARLETON TECHNOLOGIES, INC; PAPE TRUCKS, INC; and DOES 1 TO 20, inclusive,

Defendants.

**THE PARTIES IN THE ABOVE-CAPTIONED ACTION** agree and stipulate to the following for purposes of trial:

1. Mr. William Johnson's economic damages at trial will be stipulated as follows:

   a. Past Medical Costs: $807,411.88

   b. Future Medical Costs: $226,668.00

   c. Past Lost Earnings: $659,340.00

   d. Future Lost Earnings: $1,667,492.40

2. Accordingly, the Parties stipulate that Mr. Johnson's economic damages at trial will be a total of $3,360,912.28, which can be placed on the verdict form.

DATED: January 9, 2025                           **CHAIN | COHN | CLARK**

By: ___*/s/ Matthew C. Clark*___
   MATTHEW C. CLARK
   CHAD J. A. BOYLES
   CHRISTOPHER J. HAGAN
   Attorneys for Plaintiffs, WILLIAM LEE JOHNSON and JOAN JOHNSON

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

| | | |
|---|---|---|
| 1 | DATED: January 9, 2025 | **LAW OFFICES OF ROBERT A. STUTMAN, PC** |
| 2 | | |
| 3 | | By: ___/s/ Diane Wayland___ |
| 4 | | TIMOTHY E. CARY |
| 5 | | DIANE WAYLAND |
| | | Attorneys for Plaintiff, MARKEL AMERICAN INSURANCE |
| 6 | | COMPANY as Subrogee of |
| 7 | | AMERICAN NATURAL GAS, LLC |
| 8 | | |
| 9 | DATED: January 9, 2025 | **LEWIS BRISBOIS BISGAARD & SMITH** |
| 10 | | |
| 11 | | By: ___/s/ Esther P. Holm___ |
| | | ESTHER P. HOLM |
| 12 | | Attorneys for Defendant/Cross-Claimant Cross-Defendant, NATURAL |
| 13 | | GAS FUEL SYSTEMS, INC. DBA |
| 14 | | MOMENTUM FUEL TECHNOLOGIES |
| 15 | | |
| 16 | DATED: January 9, 2025 | **YUKEVICH | CAVANAUGH** |
| 17 | | |
| 18 | | By: ___/s/ Justin M. Marvisi___ |
| | | JAMES J. YUKEVICH |
| 19 | | JUSTIN M. MARVISI |
| 20 | | Attorneys for Defendants, CARLETON TECHNOLOGIES, INC. |
| | | And COBHAM PLC |
| 21 | | |
| 22 | DATED: January 9, 2025 | **EDLIN GALLAGHER HUIE + BLUM** |
| 23 | | |
| 24 | | By: ___/s/ Christopher J. Dow___ |
| 25 | | FRED M. BLUM |
| | | CHRISTOPHER J. DOW |
| 26 | | Attorney for Defendant, PAPÉ TRUCKS, INC. dba PAPÉ |
| 27 | | KENWORTH |
| 28 | *Note: All counsel provided authority to electronically sign their name to this document. | |

3017219.1

3

PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING MR. JOHNSON'S ECONOMIC DAMAGES AT TRIAL

**ORDER**

**IT IS HEREBY ORDERED** that for purposes of trial, Mr. Johnson's economic damages will be $3,360,912.28.

IT IS SO ORDERED.

Dated: **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

YUKEVICH | CAVANAUGH
355 SOUTH GRAND AVENUE, FIFTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
Telephone (213) 362-7777
Facsimile (213) 362-7788

3017219.1

4

PARTIES' STIPULATION AND [PROPOSED] ORDER REGARDING MR. JOHNSON'S ECONOMIC DAMAGES AT TRIAL