# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | ORDER RE STATEMENT OF CASE |
| v. | |
| NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY, et al., | **DEADLINE: January 13, 2025 at 9:00 a.m.** |
| Defendants. | |

In the joint proposed jury instructions, the parties provided the following statement of the claims and defenses:

> On December 21, 2018, Plaintiff, William Lee Johnson, took delivery of a new truck his company, B & N Trucking, Inc., had purchased from Defendant, Papé Trucks. The truck was powered by a natural gas fueling system designed and manufactured by Defendant, Momentum Fuel Technologies. The fueling system contained within it carbon fiber overwrap tanks designed and manufactured by Defendant, Cobham Mission Systems.

> On the day Plaintiff took delivery he was fueling the truck for the first time when one of the carbon fiber overwrap tanks spontaneously ruptured, exploding the truck. Plaintiffs allege that the explosion caused Plaintiff William Lee Johnson to suffer physical, mental and emotional injuries for which he seeks monetary damages. Plaintiff, Joan Johnson alleges damages for loss of consortium.

> Plaintiff in Intervention Markel American Insurance Company was

>the insurer of the fueling station where the explosion occurred. As a result of the explosion the station sustained substantial damage and was shut down for a period of time while repairs were made. As a result Markel paid benefits to its insured which it seeks to recover against the defendants in this action. Defendants dispute which of them caused the explosion. The parties have agreed that Markel's damages are $498,921.33.
>
>The parties agree that Plaintiff William Lee Johnson's past medical expenses amount to $807,411.88. Otherwise, Defendants dispute the nature and extent of Plaintiffs' damages.

(ECF No. 213 at 7.)

The parties' joint statement omits a summary of claims and defenses by any cross-complainant or cross-defendant.

On January 10, 2025, the Court entered a stipulation by the parties regarding Mr. Johnson's economic damages at trial. (ECF No. 247.) Such stipulation requires a modification be made to the summary of the claims and defenses that will be read to the jury.

Accordingly, the parties are DIRECTED to prepare a revised joint proposed jury instruction number 3 to be filed with the Court **no later than 9:00 a.m. on January 13, 2025**. If any cross-complainant intends to present any claim to the jury,[1] the parties shall also include a brief summary of their position.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court also notes that in joint proposed jury instruction number 17 regarding the outline of trial, the parties make no mention that any cross-complainant will be presenting a claim against any cross-defendant. Given the recent stipulation, the Court understands—and encourages—that the parties continue to work towards resolving issues in this action. However, by January 13, 2025, both the jury and Court need to be provided an accurate road map of this trial.

2