**FILED**

FEB 0 7 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ iW _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721

## ORDER AND RECEIPT FOR ILLUSTRATIVE AIDS AND ADMITTED EXHIBITS (NOT ELECTRONIC)

**CASE NUMBER:** 1:19-cv-00105-SAB

**CASE NAME:** William Lee Johnson, et al. v. Carleton Technologies, Inc., et al.

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, reference or admitted the exhibit at trial**. The exhibits shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: 2/7/25

STANLEY A. BOONE
United States Magistrate Judge

**DATE EXHIBITS RETURNED:** _____

**(Pape) Defense Counsel:** _____

**Defense Counsel Signature:** _____

**DATE EXHIBITS RETURNED:** _____

**(Momentum) Defense Counsel:** _____

**Defense Counsel Signature:** _____

**DATE EXHIBITS RETURNED:** Feb. 7, 2025

**(Cobham) Defense Counsel:** David V. Sack

**Defense Counsel Signature:** _[signature]_

This document certifies that the above referenced exhibits were returned.

Date: 02/07/2025

JAN NGUYEN
**Courtroom Clerk**