# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE JOHNSON, et al., | Case No. 1:19-cv-00105-SAB |
| Plaintiffs, | JUDGMENT IN A CIVIL ACTION |
| v. | |
| NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY, et al., | |
| Defendants. | |
| MARKEL AMERICAN INSURANCE COMPANY as Subrogee of AMERICAN NATURAL GAS, LLC, | |
| Plaintiff, | |
| v. | |
| NATURAL GAS FUEL SYSTEMS, INC. D.B.A. MOMENTUM FUEL TECHNOLOGY, et al., | |
| Defendants. | |
| AND ALL RELATED CROSS-ACTIONS | |

JURY VERDICT: This action came before the Court for a trial by jury. The issues have

been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Judgment be entered in the sum of $15,000,000.00 against Defendant Papé Trucks, Inc. in favor of Plaintiffs William Lee Johnson and Joan Johnson as it relates to Plaintiffs William Lee Johnson and Joan Johnson's claims for strict products liability according to the terms of the stipulation entered into by all parties on January 17, 2025.

2. Judgment be entered in the sum of $498,921.33 against Defendant Papé Trucks, Inc. in favor of Intervenor Markel American Insurance Company as subrogee of American Natural Gas, LLC on its claim according to the terms of the stipulation entered into by all parties on January 17, 2025.

3. Judgment be entered in the sum of $3,099,784.27 against Cross-Defendant Carleton Technologies, Inc. in favor of Cross-Claimant Papé Trucks, Inc. on its equitable indemnity claim according to the percentages assigned by the verdict of the jury returned in open Court on February 7, 2025.

4. Judgment be entered in the sum of $10,849,244.93 against Cross-Defendant Natural Gas Fuel Systems, Inc., doing business as Momentum Fuel Technology in favor of Cross-Claimant Papé Trucks, Inc. on its equitable indemnity claim according to the percentages assigned by the verdict of the jury returned in open Court on February 7, 2025.

5. Judgment be entered against Cross-Claimant Natural Gas Fuel Systems, Inc., doing business as Momentum Fuel Technology in favor of Cross-Defendant Carleton Technologies, Inc. on the breach of contract claim according to the verdict of the trial the jury returned in open Court on February 7, 2025.

6. The Clerk of the Court is instructed to close this case.

Dated: February 12, 2025          KEITH HOLLAND, CLERK OF THE COURT

By: /s/ Jan Nguyen
Jan Nguyen, Deputy Clerk